DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JUAN RICARDO RUIZ HERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2437

_____

February 20, 2026

Appeal from the Circuit Court for Hillsborough County; G. Gregory
Green, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.


LaROSE, KHOUZAM, and SLEET, JJ., Concur.

———————————

Opinion subject to revision prior to official publication.